# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 09-34966-JPC |
|---|---|---|
| | § | |
| RAYMOND V. POE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 12/01/2011, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/31/2011                By:  /s/ David P. Leibowitz
                                             (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-34966-JPC |
| | § | |
| RAYMOND V. POE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $18,005.63
*and approved disbursements of*     $74.34
*leaving a balance on hand of*[1]*:*     $17,931.29

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $17,931.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,550.56 | $0.00 | $2,550.56 |
| David P. Leibowitz, Trustee Expenses | $9.08 | $0.00 | $9.08 |
| Lakelaw, Attorney for Trustee Fees | $5,790.00 | $0.00 | $5,790.00 |
| Lakelaw, Attorney for Trustee Expenses | $9.38 | $0.00 | $9.38 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:     $8,609.02
Remaining balance:     $9,322.27

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $9,322.27 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $9,322.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,446,291.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | OPHRYS, LLC | $13,150.76 | $0.00 | $50.12 |
| 2 | KEYBANK | $100,533.80 | $0.00 | $383.11 |
| 3 | Chase Bank USA, N.A. | $5,357.22 | $0.00 | $20.42 |
| 4 | Chase Bank USA, N.A. | $27,142.23 | $0.00 | $103.43 |
| 5 | Chase Bank USA, N.A. | $6,718.64 | $0.00 | $25.60 |
| 6 | Chase Bank USA, N.A. | $49,325.51 | $0.00 | $187.97 |
| 7 | MCSI | $125.00 | $0.00 | $0.48 |
| 8 | American Express Bank, FSB | $3,333.26 | $0.00 | $12.70 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank | $75,417.50 | $0.00 | $287.40 |
| 10 | HVP DS Scottsdale LLC | $2,000,000.00 | $0.00 | $7,621.55 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 11 | Topel Forman, LLC | $1,537.50 | $0.00 | $5.86 |
| 12 | Verizon Wireless | $498.35 | $0.00 | $1.90 |
| 13 | Neal Salmen | $112,797.00 | $0.00 | $429.84 |
| 13a | Neal Salmen | $15,000.00 | $0.00 | $57.16 |
| 14 | Fia Card Services, NA/Bank of America | $11,921.64 | $0.00 | $45.43 |
| 15 | Fia Card Services, NA/Bank of America | $23,433.33 | $0.00 | $89.30 |

Total to be paid to timely general unsecured claims: $9,322.27
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

**UST-Form 101-7-NFR (5/1/2011)**

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                          United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                       Case No. 09-34966-JPC
Raymond V. Poe                                               Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: lkorotko          Page 1 of 2         Date Rcvd: Nov 01, 2011
                            Form ID: pdf006         Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2011.
db          +Raymond V. Poe,    2 E. Oak Street,    Unit 3801,    Chicago, IL 60611-6205
14477364    +2 East Oak Condominium Assoc.,    c/o Chicagoland Management,    111 E. Wacker, Suite 1412,
              Chicago, IL 60601-4501
14477366     American Express,    Box 0001,   Los Angeles, CA 90096-0001
14952963     American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
14477367    +Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
14477371    +Barclays Bank Delaware,    125 S. West St.,    Wilmington, DE 19801-5014
14477372    +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14941403     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14477376    +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
14477377    +CitiBank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14477379    +Craig Reimer,    MAYER BROWN LLP,   71 S. Wacker Drive,    Chicago, IL 60606-4716
14477380    +Doynes Marine,    1340 Crisman Rd.,    Portage, IN 46368-1256
14477381    +GECF,   P.O. Box 402363,    Atlanta, GA 30384-2363
14987392    +HVP DS Scottsdale LLC,    c/o Heitman Capital Management LLC,     191 North Wacker Drive,
              Chicago, IL 60606-1615,    Attn: Thomas H. Krumwiede
14477382    +Heitman,    191 N. Wacker Drive,    Chicago, IL 60606-1615
14932863    +KEYBANK,    C/O WELTMAN, WEINBERG & REIS,    323 W. LAKESIDE AVE., 2ND FL,
              CLEVELAND, OH 44113-1085
14477383    +Key Bank National Association,    P.O. Box 94968,    Cleveland, OH 44101-4968
14477384    +MCSI,   3348 Ridge Rd.,    Lansing, IL 60438-3112
14477385     Neal Salmen,    360 W. Illinois,    Chicago, IL 60611
14765247    +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14477386    +Steinberg & Steinburg, Ltd.,    111 W. Washington Street,    Suite 1421,    Chicago, IL 60602-3443
14477387    +Sunset Bay Marina,    13601 S. Calhoun Ave.,    Chicago, IL 60633-1848
14681275    +Topel Forman, LLC,    500 N. Michigan Avenue Suite 1700,    Chicago, IL 60611-3751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14477365    +E-mail/Text: roy.buchholz@allianceoneinc.com Nov 02 2011 03:28:22       Alliance One,
              4850 Street Rd.,    Suite 300,    Trevose, PA 19053-6643
15383075     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2011 06:12:19
              Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
14981369    +E-mail/Text: resurgentbknotifications@resurgent.com Nov 02 2011 03:25:54
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14477388    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 02 2011 06:13:02       Verizon Wireless,
              1515 Woodfield Rd., Ste.140,    Schaumburg, IL 60173-5443
15289707    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 02 2011 06:12:59       Verizon Wireless,
              PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14477370*    +Bank Of America,    P.O. Box 17054,   Wilmington, DE 19850-7054
14477368*    +Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
14477373*    +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14477374*    +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14477375*    +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14477378*    +CitiBank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14477369    ##+Bank Of America,    P.O. Box 17054,   Wilmington, DE 19850-7054
                                                                                 TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lkorotko              Page 2 of 2               Date Rcvd: Nov 01, 2011
                              Form ID: pdf006             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2011**          **Signature:**   *Joseph Speetjens*