UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-34966-JPC
§
RAYMOND V. POE §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $517,422.36 | Assets Exempt: | $3,162.00 |
| Total Distributions to Claimants: | $9,322.27 | Claims Discharged Without Payment: | $2,610,014.35 |
| Total Expenses of Administration: | $8,683.36 | | |

3) Total gross receipts of $18,005.63 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $18,005.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $607,324.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $8,683.36 | $8,683.36 | $8,683.36 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,593,390.88 | $2,446,291.74 | $2,446,291.74 | $9,322.27 |
| **Total Disbursements** | $3,200,714.88 | $2,454,975.10 | $2,454,975.10 | $18,005.63 |

4). This case was originally filed under chapter 7 on 09/22/2009. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2012           By:  /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 25% ownership interest in 2295 East 10 Mile Road | 1129-000 | $18,000.00 |
| Interest Earned | 1270-000 | $5.63 |
| **TOTAL GROSS RECEIPTS** | | **$18,005.63** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 East Oak Condominium Assoc. | 4110-000 | $8,923.00 | NA | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $534,678.00 | NA | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $63,723.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$607,324.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,550.56 | $2,550.56 | $2,550.56 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $9.08 | $9.08 | $9.08 |
| International Sureties, Ltd | 2300-000 | NA | $14.47 | $14.47 | $14.47 |
| Green Bank | 2600-000 | NA | $59.87 | $59.87 | $59.87 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $5,790.00 | $5,790.00 | $5,790.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $9.38 | $9.38 | $9.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$8,683.36** | **$8,683.36** | **$8,683.36** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | OPHRYS, LLC | 7100-900 | $12,760.00 | $13,150.76 | $13,150.76 | $50.12 |
| 2 | KEYBANK | 7100-000 | $56,465.00 | $100,533.80 | $100,533.80 | $383.11 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $5,357.00 | $5,357.22 | $5,357.22 | $20.42 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $27,142.00 | $27,142.23 | $27,142.23 | $103.43 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $6,718.00 | $6,718.64 | $6,718.64 | $25.60 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $49,325.00 | $49,325.51 | $49,325.51 | $187.97 |
| 7 | MCSI | 7100-000 | $55.00 | $125.00 | $125.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 7; MCSI) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.48 |
| 8 | American Express Bank, FSB | 7100-900 | $3,333.00 | $3,333.26 | $3,333.26 | $12.70 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $73,582.00 | $75,417.50 | $75,417.50 | $287.40 |
| 10 | HVP DS Scottsdale LLC | 7100-000 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $7,621.55 |
| 11 | Topel Forman, LLC | 7100-000 | NA | $1,537.50 | $1,537.50 | $5.86 |
| 12 | Verizon Wireless | 7100-000 | $498.00 | $498.35 | $498.35 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 12; Verizon Wireless) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.90 |
| 13 | Neal Salmen | 7100-000 | $149,757.00 | $112,797.00 | $112,797.00 | $429.84 |
| 13a | Neal Salmen | 7100-000 | NA | $15,000.00 | $15,000.00 | $57.16 |
| 14 | Fia Card Services, NA/Bank of America | 7100-900 | $11,921.00 | $11,921.64 | $11,921.64 | $45.43 |
| 15 | Fia Card Services, NA/Bank of America | 7100-900 | $23,433.00 | $23,433.33 | $23,433.33 | $89.30 |
| | Chase | 7100-000 | $632.90 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Receivables | | | | | |
| CitiBank | 7100-000 | $2,503.00 | NA | NA | $0.00 |
| Doynes Marine | 7100-000 | $2,913.98 | NA | NA | $0.00 |
| GECF | 7100-000 | $165,195.00 | NA | NA | $0.00 |
| Sunset Bay Marina | 7100-000 | $1,800.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,593,390.88 | $2,446,291.74 | $2,446,291.74 | $9,322.27 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 09-34966-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | POE, RAYMOND V. | Date Filed (f) or Converted (c): | 09/22/2009 (f) |
| For the Period Ending: | 2/13/2012 | §341(a) Meeting Date: | 11/02/2009 |
| | | Claims Bar Date: | 03/25/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Residential condominium, Unit 3801, Chicago, Ill | $450,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Checking account with Oak Bank, account number * | $1,862.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Checking account with California Bank & Trust, a | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Household goods including 2 televisions, DVD pla | $900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  Necessary clothing | $400.00 | $300.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  Watch | $50.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  Glock 17 9mm pistol | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  IRA with JP Morgan | $60.36 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  18.75% ownership interest in PRG Homes, LLC. PRG | $24,000.00 | $24,000.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  25% ownership interest in 2295 East 10 Mile Road | $40,000.00 | $40,000.00 | DA | $18,000.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11  Desk | $50.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT  Interest Earned (u) | Unknown | Unknown | DA | $5.63 | FA |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**

| $517,422.36 | $64,300.00 | | $18,005.63 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

sale of interest in real estate pending. Motion filed

TFR in progress

Trustee reviewing claims

Adversary case 11-01396. (21 (Validity, priority or extent of lien or other interest in property complaint - Status hearing on 08/2/2011.

Distribution made on 12/5/2011

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

| Case No. | 09-34966-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | POE, RAYMOND V. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5078 | Checking Acct #: | ******6601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/22/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $17,991.16 | | $17,991.16 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.62 | $17,985.54 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $25.27 | $17,960.27 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $28.98 | $17,931.29 |
| 12/05/2011 | 5001 | Office of the Clerk United States Bankruptcy Court | Claim #: 16; Amount Claimed: 250.00; Amount Allowed: 250.00; Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $17,681.29 |
| 12/05/2011 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 5,790.00; Amount Allowed: 5,790.00; Distribution Dividend: 100.00; | 3110-000 | | $5,790.00 | $11,891.29 |
| 12/05/2011 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 9.38; Amount Allowed: 9.38; Distribution Dividend: 100.00; | 3120-000 | | $9.38 | $11,881.91 |
| 12/05/2011 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $9.08 | $11,872.83 |
| 12/05/2011 | 5005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,550.56 | $9,322.27 |
| 12/05/2011 | 5006 | OPHRYS, LLC | Claim #: 1; Amount Claimed: 13,150.76; Amount Allowed: 13,150.76; Distribution Dividend: 0.38; | 7100-900 | | $50.12 | $9,272.15 |
| 12/05/2011 | 5007 | KEYBANK | Claim #: 2; Amount Claimed: 100,533.80; Amount Allowed: 100,533.80; Distribution Dividend: 0.38; | 7100-000 | | $383.11 | $8,889.04 |
| 12/05/2011 | 5008 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 5,357.22; Amount Allowed: 5,357.22; Distribution Dividend: 0.38; | 7100-900 | | $20.42 | $8,868.62 |
| 12/05/2011 | 5009 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 27,142.23; Amount Allowed: 27,142.23; Distribution Dividend: 0.38; | 7100-900 | | $103.43 | $8,765.19 |
| 12/05/2011 | 5010 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 6,718.64; Amount Allowed: 6,718.64; Distribution Dividend: 0.38; | 7100-900 | | $25.60 | $8,739.59 |
| 12/05/2011 | 5011 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 49,325.51; Amount Allowed: 49,325.51; Distribution Dividend: 0.38; | 7100-900 | | $187.97 | $8,551.62 |
| 12/05/2011 | 5012 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.38 | $8,549.24 |
| | | | Claim Amount $(0.48) | 7100-001 | | | $8,549.24 |
| | | | Claim Amount $(1.90) | 7100-001 | | | $8,549.24 |
| 12/05/2011 | 5013 | American Express Bank, FSB | Claim #: 8; Amount Claimed: 3,333.26; Amount Allowed: 3,333.26; Distribution Dividend: 0.38; | 7100-900 | | $12.70 | $8,536.54 |
| 12/05/2011 | 5014 | PYOD LLC its successors and assigns as assignee of | Claim #: 9; Amount Claimed: 75,417.50; Amount Allowed: 75,417.50; Distribution Dividend: 0.38; | 7100-000 | | $287.40 | $8,249.14 |

**SUBTOTALS** $17,991.16 $9,742.02

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34966-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | POE, RAYMOND V. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5078 | | Checking Acct #: | ******6601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/22/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/13/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2011 | 5015 | HVP DS Scottsdale LLC | Claim #: 10; Amount Claimed: 2,000,000.00; Amount Allowed: 2,000,000.00; Distribution Dividend: 0.38; | 7100-000 | | $7,621.55 | $627.59 |
| 12/05/2011 | 5016 | Topel Forman, LLC | Claim #: 11; Amount Claimed: 1,537.50; Amount Allowed: 1,537.50; Distribution Dividend: 0.38; | 7100-000 | | $5.86 | $621.73 |
| 12/05/2011 | 5017 | Neal Salmen | Claim #: 13; Amount Claimed: 112,797.00; Amount Allowed: 112,797.00; Distribution Dividend: 0.38; | 7100-000 | | $429.84 | $191.89 |
| 12/05/2011 | 5018 | Neal Salmen | Claim #: 13; Amount Claimed: 15,000.00; Amount Allowed: 15,000.00; Distribution Dividend: 0.38; | 7100-000 | | $57.16 | $134.73 |
| 12/05/2011 | 5019 | Fia Card Services, NA/Bank of America | Claim #: 14; Amount Claimed: 11,921.64; Amount Allowed: 11,921.64; Distribution Dividend: 0.38; | 7100-900 | | $45.43 | $89.30 |
| 12/05/2011 | 5020 | Fia Card Services, NA/Bank of America | Claim #: 15; Amount Claimed: 23,433.33; Amount Allowed: 23,433.33; Distribution Dividend: 0.38; | 7100-900 | | $89.30 | $0.00 |
| | | | **TOTALS:** | | $17,991.16 | $17,991.16 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $17,991.16 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $17,991.16 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $17,991.16 | |

**For the period of 9/22/2009 to 2/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $17,991.16 |
| | |
| Total Compensable Disbursements: | $17,991.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,991.16 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $17,991.16 |
| | |
| Total Compensable Disbursements: | $17,991.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,991.16 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 09-34966   Doc 53   Filed 04/13/12   Entered 04/13/12 12:49:29   Desc Main
Document      Page 9 of 10
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 09-34966-JPC | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | POE, RAYMOND V. | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5078 | | | Money Market Acct #: | ******4966 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/22/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/13/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/12/2010 | (10) | Heriaud and Genin LTD | Purchase of interest in LLC | 1129-000 | $18,000.00 | | $18,000.00 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.47 | | $18,000.47 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.76 | | $18,001.23 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.76 | | $18,001.99 |
| 02/04/2011 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $14.47 | $17,987.52 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.69 | | $17,988.21 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.76 | | $17,988.97 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.74 | | $17,989.71 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.76 | | $17,990.47 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.69 | | $17,991.16 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $17,991.16 | $0.00 |
| | | | **TOTALS:** | | $18,005.63 | $18,005.63 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $17,991.16 | |
| | | | **Subtotal** | | $18,005.63 | $14.47 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $18,005.63 | $14.47 | |

| For the period of 9/22/2009 to 2/13/2012 | | For the entire history of the account between 11/04/2010 to 2/13/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $18,005.63 | Total Compensable Receipts: | $18,005.63 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,005.63 | Total Comp/Non Comp Receipts: | $18,005.63 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.47 | Total Compensable Disbursements: | $14.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.47 | Total Comp/Non Comp Disbursements: | $14.47 |
| Total Internal/Transfer Disbursements: | $17,991.16 | Total Internal/Transfer Disbursements: | $17,991.16 |

Page No: 4
Case 09-34966   Doc 53   Filed 04/13/12   Entered 04/13/12 12:49:29   Desc Main
                         Document         Page 10 of 10
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 09-34966-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | POE, RAYMOND V. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5078 | Money Market Acct #: | ******4966 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $18,005.63 | $18,005.63 | $0.00 |

**For the period of 9/22/2009 to 2/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,005.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,005.63 |
| Total Internal/Transfer Receipts: | $17,991.16 |
| Total Compensable Disbursements: | $18,005.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,005.63 |
| Total Internal/Transfer Disbursements: | $17,991.16 |

**For the entire history of the case between 09/22/2009 to 2/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,005.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,005.63 |
| Total Internal/Transfer Receipts: | $17,991.16 |
| Total Compensable Disbursements: | $18,005.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,005.63 |
| Total Internal/Transfer Disbursements: | $17,991.16 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ